LORD, Respondent, v. EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November, 1905.) Action by Franklin B. Lord against the Equitable Life Assurance Society of the United States, impleaded with Alfonso De Navarro and others. No opinion. Order granting preliminary injunction affirmed, with $10 costs and disbursements, on the opinion upon the appeal from the interlocutory judgment. 109 App. Div. 252, 96 N. Y. Supp. 10.

HOOKER, J., dissents.